IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:03cv1223-T |
| | ) | WO |
| GREGORY HOLLIS DAVIS | ) | |

**ORDER ON MOTION**

On June 22, 2005, the movant, Gregory Hollis Davis, filed a pleading styled as a "*Motion for Leave to Supplement Movant's 28 U.S.C. § 2255.*" (Doc. 8.) The court construes Davis's pleading to contain a *motion for leave to amend* his 28 U.S.C. § 2255 motion to add additional claims.

Upon consideration of Davis's *motion for leave to amend*, and for good cause, it is ORDERED that the motion be and is hereby GRANTED.

Done this 4th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE