IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:03cv1223-MHT |
| | ) | WO |
| GREGORY HOLLIS DAVIS | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on January 30, 2006 (Doc. # 13), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from February 3, 2006, to and including March 6, 2006, to file a response to the movant's 28 U.S.C. § 2255 motion and motion for leave to amend, in compliance with this court's order entered on January 4, 2006.

DONE this 1st day of February, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE